IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GULINA KUBATBEK KYZY,**<br><br>*Plaintiff,*<br><br>v.<br><br>**US CITIZENSHIP AND IMMIGRATION SERVICES,** *et al.*,<br><br>*Defendants.* | Case No. 2:19-cv-00885-JDW |

## ORDER

**AND NOW**, this 22nd day of November, 2019, upon consideration of Defendants' Motion to Dismiss or in The Alternative Motion for Summary Judgment (ECF No. 10), it is **ORDERED** that, pursuant to Fed. R. Civ. P. 56, the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that summary judgment is **ENTERED** in favor of Defendants and against Plaintiff Gulina Kubatbek Kyzy.

The Clerk of Court shall close this case for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.